IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00278-WDM-BNB

SHARON FURNISH,

    Plaintiff,

v.

FIRST SYSTEM SERVICES, INC., ET AL.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN PARTIES ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to First System Services, Inc., Colorado National Realty, Inc. and Fuller and Company only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 27, 2006

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge

PDF FINAL