IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00278-WDM-BNB

SHARON FURNISH,

Plaintiff,

v.

FIRST SYSTEM SERVICES, INC., a Minnesota corporation,
COLORADO NATIONAL REALITY, INC., a Colorado corporation,
U.S. BANK NATIONAL ASSOCIATION, a foreign corporation, and
SCHINDLER ELEVATOR CORPORATION a/k/a or d/b/a MILLAR ELEVATOR SERVICE, INC., a Delaware corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 38, filed July 31, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
   The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 1, 2006**;

   The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 16, 2006**;

Discovery Cut-off:                          **November 16, 2006**;
Dispositive Motion Deadline:                **December 18, 2006**.

DATED:  August 1, 2006