IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00278-WDM-BNB

SHARON FURNISH,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, a foreign corporation, and
SCHINDLER ELEVATOR CORPORATION a/k/a or d/b/a MILLAR ELEVATOR SERVICE,
INC., a Delaware corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     **Defendants, U.S. Bank National Association and Schindler Elevator Corporation's, Joint Motion to Strike Alleged Loss of Income Claim and Alternative Motion to Compel** [Doc. # 45, filed 9/13/2006] (the "Motion to Compel"); and

(2)     **Plaintiff's Motion to Amend Scheduling Order** [Doc. # 51, filed 9/20/2006] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED to require the following to occur on or before **October 25, 2006**:

(a)     The plaintiff shall provide to defendants a verified copy of the Plaintiff's Supplemental Responses to Defendant U.S. Bank's First Set of Interrogatories and Requests for

Production of Documents;

      (b)      The plaintiff shall produce all documents in her possession that are responsive Defendant U.S. Bank's Production Requests No. 1, 2, and 3; and

      (c)      The plaintiff shall request from the Internal Revenue Service copies of all documents responsive to Defendant U.S. Bank's Production Requests No. 2 and 3.

The Motion to Compel is DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED, and the case schedule is modified as follows:

**Discovery Cut-Off:**      **February 26, 2007**

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**      **February 26, 2007**

**Expert Disclosures:**

**(a)**      The parties shall designate all experts concerning elevators and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 15, 2006**[1]

**(b)**      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 26, 2007**

---

[1] Only the deadline concerning experts on elevators is extended to December 15, 2006. The deadline for all other principal experts expired on September 1, 2006.

**Final Pretrial Conference:**   The final pretrial conference set for **March 5, 2007, at 9:00 a.m.**, is VACATED and RESET to **May 29, 2007, at 1:30 p.m.**  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **May 22, 2007**.

NO FURTHER EXTENSIONS OF THE SCHEDULE WILL BE GRANTED.

Dated October 18, 2006.

                                            BY THE COURT:

                                             s/ Boyd N. Boland
                                            United States Magistrate Judge