IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00278-WDM-BNB

SHARON FURNISH,

    Plaintiff(s),

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's counsel has advised the court that the amended complaint mooted U.S. Bank's Motion for Judgment on the Pleadings filed June 8, 2006 (Doc. No. 28).

Dated: November 7, 2006

                                    s/ Jane Trexler, Secretary/Deputy Clerk