IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00278-WDM-BNB

SHARON FURNISH,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, a foreign corporation, and
SCHINDLER ELEVATOR CORPORATION a/k/a or d/b/a MILLAR ELEVATOR SERVICE, INC., a Delaware corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Unopposed Motion to Amend Complaint [etc.]** [Doc. # 75, filed 2/9/2007] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend is GRANTED, and the Clerk of the Court is directed to accept for filing the *Third Amended Complaint* [Doc. #75-3].

IT IS FURTHER ORDERED that the defendants shall respond to the Third Amended Complaint within ten days.

Dated February 9, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge