IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00278-WDM-BNB

SHARON FURNISH,

    Plaintiff(s),

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    In accordance with the response to show cause order, doc. no. 72 is moot.

Dated: June 5, 2007

                                            s/ Jane Trexler, Judicial Assistant